# United States Court of Appeals for the Federal Circuit

## E R R A T A

November 21, 2006

Appeal No. 05-1313

Judge Rader's Precedential Concurring in part opinion, <u>Impax Laboratories v Aventis Pharm.</u>, No. 05-1313

Decided  November 20, 2006

Page 1 of concurring in part opinion, lines 26 and 27:

Delete:  "766 F.2d 531, 533 (Fed. Cir. 1985)"; insert in its place: "413 F.3d 1318, 1325-26 (Fed. Cir. 2005)"